EDWARD E. DEAN, Appellant, v. JOHN KOCHENDORFER, Respondent.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Kapper, JJ., concur; Young, J., dissents on the ground that the action is not based upon defendant's judicial acts in summoning, trying and convicting plaintiff, but for his alleged non-judicial act in maliciously instigating the prosecution upon a criminal charge which it is alleged he knew was unfounded in fact.

INEZ H. DUTTON, by RICHARD DUTTON, Her Guardian ad Litem, Respondent, v. HELEN H. SNYDER, Formerly HELEN B. HUNT, Appellant, Impleaded with MARION L. HUNT, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HENRY A. ENGEL, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Upon reargument, judgment and order reversed on the law, and a new trial granted, costs to abide the event, on authority of *Chysky* v. *Drake Brothers Co.* (235 N. Y. 468). Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. [See *ante*, pp. 628, 676, 714.]

MARY G. ENGEL, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Upon reargument, judgment and order reversed on the law, and a new trial granted, costs to abide the event, on authority of *Chysky* v. *Drake Brothers Co.* (235 N. Y. 468). Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. [See *ante*, pp. 628, 676, 714.]

FLORENCE S. FELLEMAN and Others, Appellants, v. FRANCES CAIRONE and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.